UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YVONNE ROSILLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARYAM SIDDIQUI, M.D., ACCESS ) | No. 12 C 5585 |
| COMMUNITY HEALTH NETWORK, ) | |
| AMARDEEP SINGH, M.D., LOUIS ) | |
| SCRATTISH, M.D., PAULINA KUCHINIC, ) | |
| M.D., MARIA ILLIESCU, M.D., BRIANA ) | Formerly case No. 11 L 6767, |
| SOUTHERLAND, M.D., SHUMAL ) | Circuit Court of Cook County, Illinois |
| MALEPATI, M.D., SAQUIB ANJUM, M.D., ) | |
| PAM KHOSLA, M.D., ANDRES SERRANO, ) | |
| M.D., WILLIAM TRAINOR, M.D., MOUNT ) | |
| SINAI HOSPITAL MEDICAL CENTER OF ) | |
| CHICAGO d/b/a MOUNT SINAI ) | |
| HOSPITAL, SINAI HEALTH SYSTEM, and ) | |
| THE MOUNT SINAI COMMUNITY ) | |
| FOUNDATION d/b/a SINAI MEDICAL ) | |
| GROUP, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND**
**<u>SUBSTITUTION OF THE UNITED STATES AS DEFENDANT</u>**

To:     Clerk of the Court                          Terrence M. Quinn
           Circuit Court of Cook County              Phillips Law Offices
           Richard J. Daley Center, Room 801       161 North Clark Street, Suite 4925
           50 West Washington Street               Chicago, Illinois 60601
           Chicago, Illinois 60602

       The United States, by its attorney, Gary S. Shapiro, Acting United States Attorney for the

Northern District of Illinois, submits this notice of removal of the above-captioned civil action from

the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of

Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233, and in support thereof states the following:

1. On or about June 29, 2011, plaintiff Yvonne Rosillo commenced the above civil action against Maryam Siddiqui, M.D., Amardeep Singh, M.D., Louis Scrattish, M.D., Paulina Kuchinic, M.D., Maria Illiescu, M.D., Briana Southerland, M.D., Shumal Malepati, M.D., Saquib Anjum, M.D., Pam Khosla, M.D., Andres Serrano, M.D., William Trainor, M.D., Mount Sinai Hospital Medical Center of Chicago d/b/a Mount Sinai Hospital and Sinai Health System A copy of the original state court complaint is attached as Exhibit A. An amended complaint added, among others, Access Community Health Network as a defendant. Access Community Health Network is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233, and for purposes of this lawsuit, Maryam Siddiqui, M.D., was a physician for Access Community Health Network.

2. This notice of removal is filed in accordance with 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that the defendant Maryam Siddiqui, M.D., was acting within the scope of her employment as a federal government employee at the time of the incidents out of which the claim arose. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 28 U.S.C. § 2679(d)(2). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the sole federal party defendant in place of defendants Maryam Siddiqui, M.D. and Access Community Health Network.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as a defendant in lieu of Maryam Siddiqui, M.D. and Access Community Health Network.

Respectfully submitted,

GARY S. SHAPIRO
Acting United States Attorney

By: s/ Zachary D. Clopton
ZACHARY D. CLOPTON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-6630
zachary.clopton@usdoj.gov