# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 5585 | **DATE** | 7/26/2012 |
| **CASE TITLE** | Yvonne Rosillo vs. USA, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Government's motion to dismiss is granted. (6-1) The United States must be and is dismissed from this action. Enter Memorandum Opinion and Order. With the underpinning for federal jurisdiction having thus been removed, it is an understatement to say that "it appears that the district court lacks subject matter jurisdiction", and that means that "the case shall be remanded". This Court so orders, and the Clerk is ordered to mail the certified copy of the remand to the Clerk of the Circuit Court.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SN |
|---|---|---|